JAMES G. RICE, Oregon State Bar ID Number 824884
Deputy City Attorney
Email: Jim.Rice@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

DANIEL COLLINS,

        **PLAINTIFF,**

   v.

**CITY OF PORTLAND, a municipal
corporation, DAREELL SHAW, an
individual, MATTHEW DELENIKOS, an
individual, GREGORY BURN, an
individual, DAVID ABRAHAMSON, an
individual,**

        **DEFENDANTS.**

3:12-cv-01120 KI

**STIPULATED GENERAL JUDGMENT
OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and
defendants hereby stipulate as follows:

    1.    For the reason that plaintiff's Complaint has been fully compromised and
released, plaintiff hereby dismisses his Complaint in the above-captioned matter.

    2.    All parties hereto agree that the dismissal stipulated herein is with prejudice, and
that no costs or disbursements or attorneys' fees will be assessed against any party.

\ \ \ \ \

\ \ \ \ \

Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL

IT IS SO STIPULATED:


Matthew G. McHenry, OSB #043571
Attorney for Plaintiff

Dated: 8/8/14


James G. Rice, OSB #824884
Attorney for Defendants

Dated: 14 August 2014


Page 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL